# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0548.  MARVIN B. SMITH III et al. v. M. DELORES MURPHY.**

Marvin B. Smith, III and Sharon H. Smith (the "Smiths") petitioned for a protective order against their neighbor and secretary of their homeowners' association, M. Delores Murphy. The trial court dismissed the Smith's claims.   Murphy counterclaimed for nuisance and that claim proceeded to trial.   The jury awarded Murphy a $650,000 judgment against the Smiths.  The Smiths have filed an application for discretionary review from the trial court's final judgment.[1]

If a party timely applies for discretionary review of a directly appealable order, we will grant the application under OCGA § 5-6-35 (j).   Based on the documents provided with this application, the trial court's final judgment appears to have adjudicated the last remaining claim in this action.  Thus, the $650,000 final judgment is  directly  appealable.    See  OCGA § 5-6-34 (a) (1); OCGA § 5-6-35 (a) (6). Accordingly, this application is GRANTED.  The Smiths shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, they have already filed a notice of appeal, they need not file a second notice. The clerk of the

---

[1] We dismissed other applications from the Smiths because the case below was ongoing.  See Case Nos. A18D0051 (dismissed Aug. 29, 2017); A18D0149 (dismissed Nov. 13, 2017); A18I0243 (dismissed July 23, 2018).

trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/03/2018_____*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*